UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NASTASSJA POSSO, JAIME ROLF,
JANE DOE-1 and JANE DOE-2,

                Plaintiffs,

vs.

NIAGARA UNIVERSITY,

                Defendant.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Civil Action No.:
19-cv-1293(LJV)(MJR)

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own attorney's fees, costs, and disbursements.

Dated: August 6, 2021

WARD GREENBERG HELLER & REIDY LLP

By:   s/ Thomas S. D'Antonio
      Thomas S. D'Antonio
      tdantonio@wardgreenberg.com

1800 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 454-0700
Facsimile: (585) 423-5910

*Attorneys for defendant Niagara University*

MEYERS BUTH LAW GROUP

By:   s/ Cheryl Meyers Buth
      Cheryl Meyers Buth

21 Princeton Place
Suite 105
Orchard Park, NY 14127
Telephone: (716) 508-8598

PERSONIUS MELBER LLC

By: ___s/ Brian M. Melber___
       Brian M. Melber

2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
Telephone: (716) 855-1050

*Attorneys for plaintiffs*